**IT IS SO ORDERED.**

Dated: October 05, 2010
      03:01:16 PM

                                           Kay Woods
                                           **United States Bankruptcy Judge**

BK1007868
DP

                            UNITED STATES BANKRUPTCY COURT
                               NORTHERN DISTRICT OF OHIO
                                      AT YOUNGSTOWN

| IN RE: | Case No. 10-42229 |
|---|---|
| Shawn Hall | Chapter 13<br>Judge Woods |
|             Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY**<br>**ADDRESS OF REAL PROPERTY: 60 SOUTH LAKEVIEW AVENUE, YOUNGSTOWN, OH 44509** |

        This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket 21). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or

all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 60 South Lakeview Avenue Youngstown, OH 44509 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:


/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Michael A. Gallo - Trustee
20 Federal Plaza West #602
Youngstown, OH 44503
mgallo@gallotrustee.com
VIA ELECTRONIC SERVICE

Shawn Hall - Debtor
2122 Robbins Ave.
Apt. 310
Niles, OH 44446
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Chester W Horlick, Esq. - Attorney for Debtor
5815 Market St
Youngstown, OH 44512
attych@metrolinks.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE